**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kimberly A. Mullen aka Kimberly Herrle<br>Debtor(s) | |
| PNC BANK, NATIONAL ASSOCIATION,<br>its successors and/or assigns<br>                                        Movant<br>                         v.<br>Kimberly A. Mullen aka Kimberly Herrle<br>                                        Respondent(s)<br>                         and<br>Jeffrey J. Sikirica, Trustee<br>                                        Additional Respondent | BK. NO. 23-21720 CMB<br><br>CHAPTER 7<br>Related to Docket #__15_____ |

**ENTERED BY DEFAULT**
**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 13th day of November, 2023, at Pittsburgh, upon Motion of PNC BANK, NATIONAL ASSOCIATION, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 119 Greenwood Drive, Bridgeville, PA 15017 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Carlota M. Böhm*  dmk
United States Bankruptcy Judge

FILED
11/13/23 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA