**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly A. Mullen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6912<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23−21720−CMB

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly A. Mullen
aka Kimberly Herrle

1/23/24

**By the court:**   Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21720-CMB |
| Kimberly A. Mullen | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 23, 2024 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Mullen, 119 Greenwood Drive, Bridgeville, PA 15017-1205 |
| 15627825 | + | Continental Finance, PO Box 6820, Carol Stream, IL 60197-6820 |
| 15627834 | + | Pennsylvania Office of Attorney General, 1251 Waterfront Place, Pittsburgh, PA 15222-4227 |
| 15627841 | + | U.S. Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Courth, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 24 2024 04:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 24 2024 00:09:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15627817 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2024 00:08:00 | AES/Suntrust, POB 61047, Harrisburg, PA 17106-1047 |
| 15627818 | ^ | MEBN | Jan 24 2024 00:01:48 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15627819 | + | Email/Text: bkfilings@zwickerpc.com | Jan 24 2024 00:09:00 | American Express, 3220 Tillman Dr., Suite 215, Bensalem, PA 19020-2028 |
| 15627820 | + | EDI: CITICORP | Jan 24 2024 04:57:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15627822 | + | EDI: PHINGENESIS | Jan 24 2024 04:58:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 15627823 | ^ | MEBN | Jan 24 2024 00:01:50 | CBE Group, PO Box 2217, Waterloo, IA 50704-2217 |
| 15627821 | + | EDI: CAPITALONE.COM | Jan 24 2024 04:57:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15627824 | + | EDI: PENNDEPTREV | Jan 24 2024 04:58:00 | Commonwealth of PA, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15627824 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:08:00 | Commonwealth of PA, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15627826 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 00:21:08 | Credit One Bank, PO Box 98873, Las Vegas, NV |

Case 23-21720-CMB  Doc 24  Filed 01/25/24  Entered 01/26/24 00:28:27  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15627827 | | EDI: DISCOVER | Jan 24 2024 04:57:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15627828 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 24 2024 00:09:00 | Duquesne Light Company, 411 Seventh Avenue, Mail Drop 16-1, Pittsburgh, PA 15219-1942 |
| 15627829 | + | Email/Text: EBNBKNOT@ford.com | Jan 24 2024 00:09:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 15627830 | + | EDI: IRS.COM | Jan 24 2024 04:57:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15627831 | | EDI: JPMORGANCHASE | Jan 24 2024 04:57:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15627832 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 00:08:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15627836 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 00:08:00 | PNC Bank, PO Box 5580, PNC CB, Cleveland, OH 44101 |
| 15627835 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 00:08:00 | PNC Bank, POB 3180, Pittsburgh, PA 15230 |
| 15627837 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 00:08:00 | PNC Bank, POB 5580, Cleveland, OH 44101 |
| 15627838 | | EDI: PRA.COM | Jan 24 2024 04:57:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15627833 | | EDI: PENNDEPTREV | Jan 24 2024 04:58:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15627833 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:08:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15629315 | | EDI: PENNDEPTREV | Jan 24 2024 04:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15629315 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15627839 | | Email/Text: bankruptcy@springoakscapital.com | Jan 24 2024 00:08:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 15627840 | + | EDI: SYNC | Jan 24 2024 04:57:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15627842 | + | Email/Text: bkfilings@zwickerpc.com | Jan 24 2024 00:09:00 | Zwicker & Associates, 3220 Tillman Dr., Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 318 | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Amy L. Zema
                  on behalf of Debtor Kimberly A. Mullen amy@zemalawoffice.com

Brian Nicholas
                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jeffrey J. Sikirica
                  TrusteeSikirica@gmail.com  PA59@ecfcbis.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov


TOTAL: 4